UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF ILLINOIS,
ROCK ISLAND DIVISION

| | |
|---|---|
| RYAN WARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:10-cv-04027 |
| | ) |
| ATG CREDIT, | ) |
| | ) |
| Defendant. | ) |

NOTICE OF SETTLEMENT

**NOTICE OF SETTLEMENT**

NOW COMES the Plaintiff, RYAN WARD, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

By:  /s/ Adam J. Krohn
    Adam J. Krohn
    Adam T. Hill
    Attorney for Plaintiff
    Krohn & Moss, Ltd.
    120 W. Madison St. 10th Floor
    Chicago, IL 60602
    phone: (312) 578-9428